EDUARDO E. BLOUNT (CA SBN 290052)
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Phone: (415) 354-6340
Fax: (415) 982-4243
Email: eblount@baylegal.org

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

ROBERT LOCKETT

     Plaintiff,

v.

SSA COMMISSIONER,
Commissioner of Social Security,

     Defendant.

CIVIL NO.: 3:26-cv-02215-LJC

**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR FILING PLAINTIFF'S BRIEF**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff, Robert Lockett, shall have a 75-day extension of time, from June 12, 2026 to August 26, 2026, for Plaintiff to submit the brief for the requested relief.

This is Plaintiff's first request for an extension of time in this matter. Good cause exists for this extension due to Plaintiff's counsel's workload as described below. Plaintiff's counsel is responsible for supervising several attorneys, which includes the ongoing oversight and training of attorneys new to our practice and review of attorney work for administrative hearings scheduled in June, July and August of 2026. Plaintiff's Counsel is also responsible for other substantive non-litigation supervisorial and administrative matters at Bay Area Legal Aid. In

STIPULATION AND PROPOSED ORDER FOR FIRST EXTENSION OF TIME FOR FILING PLAINTIFF'S BRIEF CIVIL CASE 3:26-cv-02215-LJC - 1

addition to the aforementioned workload, Plaintiff's Counsel will be away from the office due to scheduled leave from July 2, 2026, returning July 22, 2026.

Additional time is required to finalize Plaintiff's opening brief. Plaintiff's Counsel will endeavor to complete these tasks as soon as possible. In addition, the parties will explore case settlement. This stipulation and request for a first extension of time request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Defendant does not oppose Plaintiff's request for an extension of time. The parties further stipulate that the Court's Scheduling Order for Cases Seeking Review of Social Security Decision shall be modified accordingly.

Respectfully submitted,

Date: May 26, 2026

/s/Eduardo E. Blount
Eduardo E. Blount
Attorney for Plaintiff

Date: May 26, 2026

/s/Erin Highland
*As authorized by email on 5/26/2026
Erin Highland
Attorney for Defendant
Office of the General Counsel
Social Security Administration

ORDER:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: May 27, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR FILING
PLAINTIFF'S BRIEF CIVIL CASE 3:26-cv-02215-LJC - 2