EDUARDO E. BLOUNT (CA SBN 290052)
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Phone: (415) 354-6340
Fax: (415) 982-4243
Email: eblount@baylegal.org

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT LOCKETT<br>Plaintiff,<br>v.<br>SSA COMMISSIONER,<br>Commissioner of Social Security,<br>Defendant. | CIVIL NO.: 3:26-cv-02215-LJC<br><br>**STIPULATION AND ORDER AS MODIFIED FOR SECOND EXTENSION OF TIME FOR FILING PLAINTIFF'S BRIEF** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff, Robert Lockett, shall have a 30-day extension of time, from August 26, 2026 to September 25, 2026, for Plaintiff to submit the brief for the requested relief.

Plaintiff respectfully submits this second request for an extension of time for good cause, as Plaintiff's counsel has been managing substantial, time-sensitive obligations that materially constrain counsel's ability to meet the current deadline, including active case management responsibilities across multiple matters; attorney supervision duties, including the ongoing oversight and training of attorneys new to our practice; and other substantive non-litigation organizational management and administrative responsibilities within Bay Area Legal Aid.

Additional time is required to finalize Plaintiff's brief. Plaintiff's Counsel will endeavor to complete these tasks as soon as possible. In addition, the parties will explore case settlement. This stipulation and request for a second extension of time request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Defendant does not oppose Plaintiff's request for an extension of time. The parties further stipulate that the Court's Scheduling Order for Cases Seeking Review of Social Security Decision shall be modified accordingly.

Respectfully submitted,

Date: August 14, 2026

*/s/Eduardo E. Blount*
Eduardo E. Blount
Attorney for Plaintiff

Date: August 14, 2026

*/s/Erin Highland*
*As authorized by email on 8/14/2026
Erin Highland
Attorney for Defendant
Office of the General Counsel
Social Security Administration

~~[PROPOSED]~~ ORDER:

Deadline is moved from August 26, 2026 to September 25, 2026, for Plaintiff to submit the brief for the requested relief

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: ______________________

______________________
HON. LISA J. CISNEROS
United States Magistrate Judge