United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LOCKETT,
Plaintiff,

v.

SSA COMMISSIONER, et al.,
Defendants.

Case No. 3:26-cv-02215-LJC

**JUDGMENT IN A CIVIL CASE**

() Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came before the Court for submission on a stipulated order for remand. The issues have been presented and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff.

Dated: October 23, 2026

Mark Busby, Clerk of Clerk

By: Brittany Sims

Brittany Sims
Deputy Clerk